## KITCHENS v. THE STATE.

ATKINSON, J. 1. The provisions of Penal Code § 74, that "Parents and children may mutually protect each other, and justify the defense of the person or reputation of each other," do not afford a basis for justification of a homicide upon facts showing that the danger to the relative was not impending. *Hill* v. *State*, 64 *Ga.* 453, 469.

2. Neither under the evidence nor under the prisoner's statement was it error to omit to give in charge Penal Code § 70.

3. The evidence was sufficient to support the verdict, and none of the grounds relied on were sufficient to require the grant of a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 9, 1915. REHEARING DENIED APRIL 23, 1915.

Indictment for murder. Before Judge Rawlings. Washington superior court. November 12, 1914.

*John R. Cooper,* for plaintiff in error.

*Warren Grice, attorney-general, R. Lee Mooré, solicitor-general, Evans & Evans,* and *A. L. Henson,* contra.